FILED
JUN 18 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffrey Dean Hess, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 08 1036 ) |
| Alberto Gonzales, Esq., *et al.*, | ) ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 16TH day of June 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　United States District Judge