UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Jeffrey Dean Hess,        ) | |
|                           ) | |
|    Petitioner,            ) | |
|                           ) | |
| v.                        ) | Civil Action No. 08-1036 |
|                           ) | |
| Alberto Gonzales, Esq., *et al.*, ) | |
|                           ) | |
|    Respondents.           ) | |

ORDER

Petitioner seeks reconsideration of the Order of June 18, 2008, dismissing this habeas corpus action without prejudice for lack of jurisdiction. A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 59. Accordingly, it is this 11th day of July 2008,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 6] is DENIED.

/s/ Royce C. Lamberth
United States District Judge

Date: July 11, 2008